UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AMAVISCA,<br><br>    Petitioner,<br><br>    v.<br><br>A. K. SCRIBNER, Warden,<br><br>    Respondent. | 1:06-CV-01632-AWI-SMS-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br>(DOCUMENT #12) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 21, 2006, petitioner filed a motion for an extension of time to file an opposition to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file an opposition to the motion to dismiss filed by respondent on March 29, 2006.

IT IS SO ORDERED.

**Dated:   May 17, 2006**          /s/ Sandra M. Snyder
ah0l4d                      UNITED STATES MAGISTRATE JUDGE