1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY AMAVISCA,** | CV F 05-1632 AWI SMS HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S EXTENSION OF TIME |
| **v.** | |
| **A.K. SCRIBNER, Warden,** | [Doc. 15] |
| Respondent. | |

        Respondent has requested a fifteen-day extension of time in which to file a reply to Petitioner's

opposition to Respondent's motion to dismiss.  GOOD CAUSE APPEARING, Respondent is granted

an extension of time to and including June 18, 2006, in which to file a reply to the opposition filed by

Petitioner.


IT IS SO ORDERED.

**Dated:      May 31, 2006**                          **/s/ Sandra M. Snyder**
ah0l4d                                              UNITED STATES MAGISTRATE JUDGE