**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AMAVISCA, | CV F   05-1632 SMS HC |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY |
| v. | [Doc. 27] |
| A.K. SCRIBNER, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.  (Court Docs. 4, 10, 16.)

On December 8, 2006, the instant petition was dismissed, with prejudice, and judgment was entered in favor of Respondent.  (Court Docs. 24, 25.)  On January 11, 2007, Petitioner filed a motion for reconsideration.[1]  (Court Doc. 26.)  On January 12, 2007, Petitioner filed a notice of appeal and, on January 16, 2007, Petitioner filed an amended notice of appeal.  (Court Docs. 27, 28.)  Although no express request was made for a certificate of appealability, the notice of appeal shall be deemed to constitute a request for a certificate.  See Fed. R. App. P. 22(b); United States v. Asrar, 108 F.3d 217, 218 (9th Cir. 1997).

When the district court denies a habeas petition on procedural grounds without reaching the underlying constitutional claims, the petitioner must show, in order to obtain a certificate of

---

[1] In an order issued simultaneously herewith, the Court has denied Petitioner's motion for reconsideration.

appealability: (1) that jurists of reason would find it debatable whether the petition stated a valid claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484, 120 S.Ct. 1595, 1604, 146 L.Ed.2d 542 (2000).  While both showings must be made to obtain a certificate of appealability, "a court may find that it can dispose of the application in a fair and prompt manner if it proceeds first to resolve the issue whose answer is more apparent from the record and arguments." 529 U.S. at 485, 120 S.Ct. at 1604.  Where a plain procedural bar is properly invoked, an appeal is not warranted.  529 U.S. at 484, 120 S.Ct. at 1604.

      The Court finds that Petitioner's application for a certificate of appealablity must be denied.  Petitioner has not made any showing that the petition was improperly dismissed because it was untimely.  The Court does not find that jurists of reason would find it debatable whether the petition was properly dismissed as time barred.

      Accordingly, Petitioner's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

**Dated:   January 23, 2007**              /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE